```
1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  ROBERT KALANI,
                                              NO. Civ.S-12-1090 LKK/DAD
11          Plaintiff,

12      v.                                    ORDER RE DISPOSAL
                                              DOCUMENTS AFTER
13  WENDY'S OF THE PACIFIC,                   NOTIFICATION OF SETTLEMENT
    INC., dba WENDY'S OLD
14  FASHIONED HAMBURGERS, et al.,

15          Defendants.
                                         /
16
```

17    Counsel for plaintiff has filed a Notice of Settlement in the
18 above-captioned case.  The court now orders that the dispositional
19 documents disposing of the case be filed no later than thirty (30)
20 days from the effective date of this order.
21    All hearing dates heretofore set in this matter are hereby
22 **VACATED.**
23    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
24 <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
25 ////
26 ////

                                    1

1  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
2       IT IS SO ORDERED.
3       DATED:  May 30, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT