Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-cv-01090-LKK-DAD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| WENDY'S OF THE PACIFIC, INC. dba WENDY'S OLD FASHIONED HAMBURGERS, et al., | |
| Defendants. | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 27, 2012                                        MOORE LAW FIRM, P.C.


                                                           /s/Tanya E. Moore
                                                           Tanya E. Moore
                                                           Attorneys for Plaintiff Robert Kalani

///

*Kalani v. Wendy's of the Pacific, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                                         Page 1

1 **ORDER**

2    Good cause appearing,

3    IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5 **IT IS SO ORDERED**.

6

7 Dated: June 27, 2012.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```