1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Robert Kalani

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | No. 2:12-cv-01090-LKK-DAD |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| WENDY'S OF THE PACIFIC, INC. dba WENDY'S OLD FASHIONED HAMBURGERS, et al., | |
| Defendants. | |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 27, 2012                MOORE LAW FIRM, P.C.


                                   /s/Tanya E. Moore
                                   Tanya E. Moore
                                   Attorneys for Plaintiff Robert Kalani

///

*Kalani v. Wendy's of the Pacific, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: June 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Kalani v. Wendy's of the Pacific, Inc., et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 2